ERNEST FRANCIS *v.* THERESA LANTZ ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 126 Conn. App. 903 (AC 31404), is denied.

*Ernest Francis,* pro se, in support of the petition.

*Steven R. Strom,* assistant attorney general, and *Brian E. Spears* and *Janna D. Eastwood,* in opposition.

Decided April 13, 2011

ARTHUR COLE *v.* COMMISSIONER OF CORRECTION

The petitioner Arthur Cole's petition for certification for appeal from the Appellate Court, 126 Conn. App. 775 (AC 31517), is denied.

*Deren Manasevit,* special public defender, in support of the petition.

*Timothy F. Costello,* assistant state's attorney, in opposition.

Decided April 13, 2011